AO 450 (Rev. 5/85) Judgment in a Civil Case
==================================================================================

# UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| WESTERN | DISTRICT OF NEW YORK |

ERIC J. WISCHMEYER,
       Plaintiff,

       v.                       AMENDED JUDGMENT IN A CIVIL CASE

ARTHUR J. WISCHMEYER, RICHARD M. WISCHMEYER, JOHN A. WISCHMEYER, ANNE C. WISCHMEYER, JANET M. WISCHMEYER, THOMAS C. WISCHMEYER, PHILLIP B. DATTILO, LINDA DATTILO, LORI E. NEUMANN, DANIEL NEUMANN and K. BARTHLEMS MANUFACTURING COMPANY, INC.,
       Defendants.

                                                     CASE NUMBER:  05-CV-6134T

☐    JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    DECISION BY COURT. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the defendants' motion for summary judgment dismissing the plaintiff's complaint with prejudice is granted; and,

     IT IS FURTHER ORDERED AND ADJUDGED that the defendants' motion for attorney's fees, costs and disbursement is granted. Accordingly, plaintiff is directed to pay to defendants $20,367.00 for attorney's fees and $325.60 for disbursements, totaling $20,692.50.

NOVEMBER 29, 2006                                    RODNEY C. EARLY
DATE                                                           CLERK

                                                             (BY): s/JOHN H. FOLWELL
                                                                    JOHN H. FOLWELL
                                                                    DEPUTY CLERK