

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

WDNY/RONY
05-cv-6134
Telesca

Catherine O'Hagan Wolfe
CLERK

Date: 6/20/07
Docket Number: 06-4386-cv(L), 06-5919-cv(CON)
Short Title: Wischmeyer v. Wischmeyer
DC Docket Number: 05-cv-6134
DC: WDNY (ROCHESTER)
DC Judge: Honorable Michael Telesca
Honorable Marian Payson

[FILED JUN 20 2007 — Catherine O'Hagan Wolfe, Clerk, Second Circuit]

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of June, two thousand seven.

Wischmeyer v. Wischmeyer

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Catherine O'Hagan Wolfe, Clerk

By: Eniola O. Ajayi
Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK            CERTIFIED: 6/20/2007