UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ERIC J. WISCHMEYER,

                Plaintiff

  -vs-

ARTHUR J. WISCHMEYER, RICHARD M.
WISCHMEYER, JOHN A. WISCHMEYER,
ANNE C. WISCHMEYER, JANET M.
WISCHMEYER, THOMAS C. WISCHMEYER,
PHILLIP B. DATILLO, LINDA DATILLO,
LORI E. NEUMANN, DANIEL NEUMANN,
and K. BARTHELMES MANUFACTURING
COMPANY, INC.,

                Defendants

**SATISFACTION OF JUDGMENT**

Case No. 05-CV-6134T

---

       WHEREAS, on November 29, 2006, a judgment was recovered by the Defendants, Arthur J. Wischmeyer, Richard M. Wischmeyer, John A. Wischmeyer, Anne C. Wischmeyer, Janet M. Wischmeyer, Thomas C. Wischmeyer, Phillip B. Dattilo, Linda Dattilo, Lori E. Neumann, Daniel Neumann and K. Barthelmes Manufacturing Company against the Plaintiff, Eric J. Wischmeyer, in the above-entitled action for the sum of $20,692.50, with interests and costs; and

       WHEREAS, said judgment has been fully paid the Plaintiff.

       THEREFORE, satisfaction of the said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

Dated: September 25, 2007        REMINGTON, GIFFORD, WILLIAMS &
                                                  COLICCHIO, LLP

                                                  By: S/James T. Townsend
                                                      James T. Townsend, Esq.
                                                Attorneys for Defendants
                                                183 East Main Street, Suite 1400
                                                Rochester, New York  14604
                                                Telephone: (585) 232-5225